IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

CASE NO. 7:08-CV-3830-GRA

| | |
|---|---|
| ANSEL O. BELUE; JOHNNY LITTLE, AS THE DULY APPOINTED PERSONAL REPRESENTATIVE OF THE ESTATE OF LINDA GAIL LITTLE; JOEL J. HILL; AND JAMES W. LYLE, JR., AS THE DULY APPOINTED PERSONAL REPRESENTATIVE OF THE ESTATE OF PEGGY JEAN REYNOLDS, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| AEGON USA INC.; LIFE INVESTORS INSURANCE COMPANY OF AMERICA; AND TRANSAMERICA LIFE INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Markham R. Leventhal, Irma Reboso Solares, and Julianna Thomas McCabe, attorneys with the law firm of Jorden Burt LLP, lead counsel for Defendants in this action until their *pro hac vice* admissions were revoked, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on July 29, 2009 (Docket Entry Number 87) revoking the Appellants' *pro hac vice* admissions in this action, the Order entered in this action on February 23, 2010 (Docket Entry Number 159) denying Appellants' motion to reconsider and vacate the July 29, 2009 Order, and, to the extent necessary to obtain appellate review of the two aforementioned Orders, the Order of Dismissal entered in

this action on February 11, 2010 (Docket Entry Number 157).

March __, 2010                                      Respectfully submitted,

*/s/ Beattie B. Ashmore*
_____
Beattie B. Ashmore  (Fed. ID No. 5215)
BEATTIE B. ASHMORE LAW OFFICE
650 East Washington Street
Greenville, South Carolina   29601
Telephone:  (864) 467-1001
Email:  beattie@beattieashmore.com

*Counsel for the Appellants*